FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
NOV -7 2006
OFFICE OF THE CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 31 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1354

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE CITIGROUP, INC., CAPITAL ACCUMULATION PLAN LITIGATION

*Craig Hundt, et al. v. Citigroup Global Markets, Inc., et al.*, D. Nebraska, C.A. No. 4:06-3248

### CONDITIONAL TRANSFER ORDER (CTO-11)

On August 29, 2000, the Panel transferred four civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, ten additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Nancy Gertner.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Gertner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of August 29, 2000, and, with the consent of that court, assigned to the Honorable Nancy Gertner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel