

A CERTIFIED TRUE COPY

NOV 1 6 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Case 1:06-cv-12095-NG  Document 9-1  Filed 11/20/2006  Page 2 of 4

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 NOV 30 PM 1: 24

OFFICE OF THE CLERK

**DOCKET NO. 1354**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 31 2006

FILED
CLERK'S OFFICE

4.06cv3248

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE CITIGROUP, INC., CAPITAL ACCUMULATION PLAN LITIGATION

*Craig Hundt, et al. v. Citigroup Global Markets, Inc., et al.*, D. Nebraska,
C.A. No. 4:06-3248

### CONDITIONAL TRANSFER ORDER (CTO-11)

On August 29, 2000, the Panel transferred four civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, ten additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Nancy Gertner.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Gertner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of August 29, 2000, and, with the consent of that court, assigned to the Honorable Nancy Gertner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 1 6 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

RECEIVED

NOV 3 0 2006

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**OCT 31 2006**

FILED
CLERK'S OFFICE

## DOCKET NO. 1354

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE CITIGROUP, INC., CAPITAL ACCUMULATION PLAN LITIGATION

*Craig Hundt, et al. v. Citigroup Global Markets, Inc., et al.*, D. Nebraska, C.A. No. 4:06-3248

### CONDITIONAL TRANSFER ORDER (CTO-11)

On August 29, 2000, the Panel transferred four civil actions to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, ten additional actions have been transferred to the District of Massachusetts. With the consent of that court, all such actions have been assigned to the Honorable Nancy Gertner.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the District of Massachusetts and assigned to Judge Gertner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Massachusetts for the reasons stated in the order of August 29, 2000, and, with the consent of that court, assigned to the Honorable Nancy Gertner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Massachusetts. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

**NOV 16 2006**

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## INVOLVED COUNSEL LIST (CTO-11)
## DOCKET NO. 1354
## IN RE CITIGROUP, INC., CAPITAL ACCUMULATION PLAN LITIGATION

Bruce Heller Nagel
Nagel, Rice & Mazie, LLP
103 Eisenhower Parkway
Roseland, NJ 07068

Rodney J. Rehm
Rehm, Bennett Law Firm
3701 Union Drive
Suite 200
Lincoln, NE 68516

I hereby certify on 1-27-06 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on _____
☑ original filed in my office on 11-20-06

Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts

By: _____
Deputy Clerk